# UNITED STATES DISTRICT COURT
## District of Minnesota

The Trustees of the Minnesota Ceramic Tile and Allied Trades Retirement Fund; the Trustees of the Minnesota Ceramic Tile and Allied Trades Promotion Trust Fund; the Trustees of the Twin City Bricklayers Health and Welfare Fund; the Trustees of the Twin City Bricklayers Vacation Fund; and the Trustees of the Minnesota Bricklayers Apprenticeship Fund,

Plaintiff(s)

-vs-

Civil Action 01-1372 JMR/FLN

Forsland Tile Incorporated, a Minnesota corporation and Chad A. Forsland,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) Forsland Tile Incorporated, a Minnesota corporation and Chad A. Forsland are in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Forsland Tile Incorporated, a Minnesota coporation and Chad A. Forsland

this 26th day of December, 2001.

RICHARD D. SLETTEN, CLERK

By ______________________

Deborah D. Bell, Deputy Clerk